IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

R AND K REAL ESTATE INVESTMENTS, LP, et al.,

Plaintiffs,

v.

CAO-LY INVESTMENT CORPORATION, et al.,

Defendants.

Case No. C 09-04437 RS

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

Plaintiffs have filed a First Amended Complaint omitting the non-diverse defendants. As such, there is now a prima facie showing of jurisdiction. Accordingly, the order to show cause entered on September 28, 2009 is discharged and the hearing set for December 16, 2009 will be taken off calendar.

IT IS SO ORDERED.

Dated: 11/17/09

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE