**United States District Court**
For the Northern District of California

1                                                                              **\*E-Filed 11/17/09\***

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10

11    R AND K REAL ESTATE                        Case No. C 09-04437 RS
      INVESTMENTS, LP, et al.,

12                                               **ORDER DISCHARGING ORDER TO**
                                                 **SHOW CAUSE**

13                    Plaintiffs,

14         v.

15    CAO-LY INVESTMENT CORPORATION,
      et al.,

16

17                    Defendants.

18    _____/

19          Plaintiffs have filed a First Amended Complaint omitting the non-diverse defendants.  As

20    such, there is now a prima facie showing of jurisdiction.  Accordingly, the order to show cause

21    entered on September 28, 2009 is discharged and the hearing set for December 16, 2009 will be

22    taken off calendar.

23

24

25    IT IS SO ORDERED.

26    Dated: 11/17/09

27                                               _____
                                                 RICHARD SEEBORG
                                                 UNITED STATES MAGISTRATE JUDGE

28