1
2
3
4
5
6
7
8  **THIS IS TO CERTIFY THAT NOTICE OF THIS DOCUMENT WAS ELECTRONICALLY PROVIDED* TO:**
9
10  Eric F. Hartman                                    jhart75442@aol.com
11  Paul Bick Nguyen                                   paulnguyenlaw@gmail.com
12
13  **AND A HARD COPY OF THIS ORDER WAS MAILED TO:**
14  Lloyd H Do
15  8835 Chelsworth Drive
16  Houston, TX 77083
17  DATED: 01/29/2010
18                                          /s/ Chambers Staff
19                                          Chambers of Judge Richard Seeborg
20
21  * Counsel are responsible for distributing copies of this document to any co-counsel who have not
22  registered with the Court's electronic filing system.
23
24
25
26
27
28

1