ERIC F. HARTMAN, ESQ. (SB # 083571)
**LAW OFFICE OF ERIC F. HARTMAN**
300 S. FIRST STREET, #210
SAN JOSE, CA. 95113
(408) 297-7254 / Fax (408) 297-0608

Attorney for Plaintiff, R&K Real Estate Investments LP

*E-Filed 03/30/2010*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| R AND K REAL ESTATE INVESTMENTS LP; TEODORO OLANDRIA; AVELINA OLANDRIA; <br><br> Plaintiffs, <br><br> vs. <br><br> CAO-LY INVESTMENT CORPORATION; LONE STAR REALTY & MORTGAGE GROUP; LLOYD H. DO; DOES 1-100, <br><br> Defendants. | CASE NO.  C09 04437 RS <br><br> **ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS LONE STAR REALTY & MORTGAGE GROUP AND LLOYD H. DO** <br><br> **AS MODIFIED BY THE COURT** |

Plaintiff have filed a Voluntary Dismissal Without Prejudice requesting an Order of Dismissal without Prejudice. This case is accordingly dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall close this case and terminate all pending motions.

**IT IS SO ORDERED**.

Dated: 03/30/2010        By: /s/ Richard Seeborg
                            ~~U.S. Magistrate Judge~~
                            RICHARD SEEBORG
                            United States District Judge

**Order Granting Voluntary Dismissal without Prejudice**                               -1-