ERIC F. HARTMAN, ESQ. (SB # 083571)
**LAW OFFICE OF ERIC F. HARTMAN**
300 S. FIRST STREET, #210
SAN JOSE, CA. 95113
(408) 297-7254 / Fax (408) 297-0608

**\*E-Filed 03/30/2010\***

Attorney for Plaintiff, R&K Real Estate Investments LP

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| R AND K REAL ESTATE INVESTMENTS LP; TEODORO OLANDRIA; AVELINA OLANDRIA; <br><br> Plaintiffs, <br><br> vs. <br><br> CAO-LY INVESTMENT CORPORATION; LONE STAR REALTY & MORTGAGE GROUP; LLOYD H. DO; DOES 1-100, <br><br> Defendants. | CASE NO.   C09 04437 RS <br><br> **ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS LONE STAR REALTY & MORTGAGE GROUP AND LLOYD H. DO** <br><br>   **AS MODIFIED BY THE COURT** |

Plaintiff have filed a Voluntary Dismissal Without Prejudice requesting an Order of Dismissal without Prejudice. This case is accordingly dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).  The Clerk shall close this case and terminate all pending motions.

**IT IS SO ORDERED**.

Dated: 03/30/2010                    By: _[signature]_
                                          ~~U.S. Magistrate Judge~~
                                          RICHARD SEEBORG
**Order Granting Voluntary Dismissal without Prejudice**     United States District Judge     -1-