**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED\* TO:**

Eric F. Hartman                         jhart75442@aol.com

**AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

Lloyd H. Do
8835 Chelsworth Drive
Houston, TX 77083


DATED:   03/30/2010

/s/ Chambers Staff
Chambers of Magistrate Judge Richard Seeborg



\* Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.